UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BUILDING MATERIALS
CORPORATION OF AMERICA ASPHALT
ROOFING SHINGLE PRODUCTS LIABILITY
LITIGATION                                                                                          MDL No. 2283

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–3)**

On October 11, 2011, the Panel transferred 4 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2011). Since that time, 2 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable J Michelle Childs.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Childs.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of South Carolina for the reasons stated in the order of October 11, 2011, and, with the consent of that court, assigned to the Honorable J Michelle Childs.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: BUILDING MATERIALS
CORPORATION OF AMERICA ASPHALT
ROOFING SHINGLE PRODUCTS LIABILITY
LITIGATION  MDL No. 2283

## SCHEDULE CTO−3 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 11−01101 | Green v. GAF Materials Corporation |
| **GEORGIA NORTHERN** | | | |
| GAN | 2 | 11−00326 | First Baptist Church of Blairsville v. GAF Materials Corporation |
| **MASSACHUSETTS** | | | |
| MA | 1 | 11−12182 | Griffin v. Building Materials Corporation |